JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAVID LAMPERT,

              Plaintiff,

     v.

EXPERIAN INFORMATION
SOLUTIONS, INC. et al,

              Defendant.

Case No. CV 22-5994 FMO (Ex)

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

      Having been advised by counsel that the above-entitled action has been settled, (Dkt. 51, Notice of Settlement), IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than **April 3, 2023,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 3rd day of March, 2023.

                          /s/

                   Fernando M. Olguin
                United States District Judge